Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−26356−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheryl A. Rubin
   aka Sheryl A. Bodner
   6022 Cedar Ct
   Monmouth Junction, NJ 08852−2135

Social Security No.:
   xxx−xx−8158

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 25, 2017.

On 5/16/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:          June 28, 2017
Time:          10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 17, 2017
JAN: gan

                                                          Jeanne Naughton
                                                          Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 16-26356-KCF
Sheryl A. Rubin                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                Page 1 of 1                   Date Rcvd: May 17, 2017
                               Form ID: 185               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             Sheryl A. Rubin,    6022 Cedar Ct,    Monmouth Junction, NJ  08852-2135
516497595      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516358444      Comenity Bank / Victorias Secret,    PO Box 182789,    Columbus, OH  43218-2789
516358445      DSNB / MACYS,    PO Box 8218,    Mason, OH  45040-8218
516358447      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
516358448      Laboratory Corporation Of America,    P.O. Box 2240,    Burlington, NC  27216-2240
516358449      PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH  45401-8703
516358450      PNC Bank, N.A.,    PO Box 3180,    Pittsburgh, PA  15230-3180
516589777     +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516358443      E-mail/Text: bnckohlsnotices@becket-lee.com May 17 2017 22:20:04      Capital One / Kohls,
                PO Box 3115,    Milwaukee, WI  53201-3115
516358446      E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 17 2017 22:21:27      Hyundai Finance,
                PO Box 20835,    Fountain Valley, CA  92728-0835
516366408     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 17 2017 22:21:27
                Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
516475891      E-mail/Text: bnc-quantum@quantum3group.com May 17 2017 22:20:35
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516584185*    +Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
              Thomas M. Monahan    on behalf of Debtor Sheryl A. Rubin simonmonahan216@gmail.com,
               tommon1@aol.com
                                                                                             TOTAL: 5
```