TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

*Counsel to PNC Bank, National Association*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| In re: | : | Bankruptcy No. 16-26356-KCF |
|---|---|---|
| | : | |
| SHERYL RUBIN, | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge:  KATHRYN C. FERGUSON |
| | : | |
| | : | Related to Doc. _____ |

### ORDER DIRECTING
### REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: May 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank, National Association ("PNC Bank"), and regarding Exhibits A and B to the Objection to Confirmation of Plan filed at Docs. 12-1 and 12-2, it is

ORDERED that the above documents be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), PNC Bank must file redacted versions of the documents within seven days of the date of this Order.

ORDERED that PNC Bank must serve this Order on all affected parties not later than one day after its entry.