TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

**Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*Counsel to PNC Bank, National Association*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 16-26356-KCF |
| | : | |
| SHERYL RUBIN, | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge:  KATHRYN C. FERGUSON |
| | : | |
| | : | Related to Doc. _____ |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: May 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank, National Association ("PNC Bank"), and regarding Exhibits A and B to the Objection to Confirmation of Plan filed at Docs. 12-1 and 12-2, it is

ORDERED that the above documents be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), PNC Bank must file redacted versions of the documents within seven days of the date of this Order.

ORDERED that PNC Bank must serve this Order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-26356-KCF
Sheryl A. Rubin                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 08, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db              Sheryl A. Rubin,    6022 Cedar Ct,   Monmouth Junction, NJ   08852-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease
               Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jordan Seth Blask    on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Thomas M. Monahan    on behalf of Debtor Sheryl A. Rubin simonmonahan216@gmail.com,
               tommon1@aol.com
                                                                                             TOTAL: 6